IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In the Matter of the Search of the premises known as New Castle, DE 19720 | Case No. 21-182-M<br><br>**REDACTED** |

## MOTION AND ORDER TO UNSEAL

NOW COMES the United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and Briana M. Knox, Assistant United States Attorney, and hereby moves to unseal the case file in the above-captioned matter.

Respectfully submitted,

David C. Weiss
United States Attorney

By: __/s/ Briana Knox__
Briana M. Knox
Assistant United States Attorney

Dated: June 14, 2021

**AND NOW**, to wit, this __14th__ day of __June__, 2021, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Criminal File in the above-captioned case is unsealed.

_____
United States Magistrate Judge